IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                          15-CR-10-A

CHARLES WEBER,

                Defendant.

_____

## GOVERNMENT EXHIBIT LIST FOR COMPETENCY HEARING

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and the undersigned, of counsel, hereby submits the attached Exhibit List for Competency Hearing, which Competency Hearing is scheduled before this Court on January 19, 2018.

DATED:    Buffalo, New York, January 18, 2018.

                                              JAMES P. KENNEDY, JR.
                                              United States Attorney

                  BY:    *S/MARYELLEN KRESSE*
                                              Assistant U.S. Attorney
                                             United States Attorney's Office
                                             Western District of New York
                                             138 Delaware Avenue
                                             Buffalo, New York 14202
                                             (716) 843-5888
                                             MaryEllen.Kresse@usdoj.gov

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | COMPETENCY HEARING EXHIBIT LIST | | |
| | **U.S. v. CHARLES WEBER** | | |
| Case No.<br>Date: | 15-CR-10-A<br>1/18/2018 | __X__ Government<br>_____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Mark for Ident.** | **Date In Evidence** |
| 1 | Forensic Psychological Evaluation by Daniel Antonius, Ph.D., dated 7/27/17 | | |
| 2 | Forensic Evaluation by Ana Natasha Cervantes, M.D. and Melissa D. Heffler, M.D., dated 10/30/16 | | |
| 3 | Forensic Evaluation Addendum by Ana Natasha Cervantes, M.D., dated 11/2/17 | | |
| 4 | George F. Parker, *Competence to Stand Trial Evaluations of Sovereign Citizens: A Case Series and Primer of Odd Political and Legal Beliefs*, 42 J. Am. Acad. of Psychiatry & L., 338 (2014) | | |
| 5 | Jennifer Pytyck & Gary A. Chaimowitz, *The Sovereign Citizen Movement and Fitness to Stand Trial*, 12 Int'l. J. of Forensic Mental Health, 149 (2013) | | |
| | | | |
| 3501 | Curriculum Vitae of Daniel Antonius, Ph.D. | | |