# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

## DEFENDANT'S EXHIBIT LIST

CASE NO:   15-CR-10-RJA                          (    ) Plaintiff

DATE:        January 18, 2018                      ( X) Defendant

## UNITED STATES v. CHARLES WEBER

## COMPETENCY HEARING

| Exhibit Letter | DESCRIPTION | DATE | |
|---|---|---|---|
| | | Marked for Identification | In Evidence |
| 1 | Curriculum Vitae of Natasha Cervantes | | |
| 2 | Forensic Evaluation by Ana Natasha Cervantes, M.D. and Melissa D. Heffler, M.D., dated October 30, 2016 | | |
| 3 | Forensic Evaluation Addendum by Ana Natasha Cervantes, M.D., dated November 2, 2017 | | |
| 4 | Audio Recording of #NotMyLaws: The Sovereign Citizen in Jail and Court, American Academy of Psychiatry and the Law, Annual Meeting, October 29, 2017 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **S** | | | |
| **T** | | | |
| **U** | | | |
| **V** | | | |
| **W** | | | |
| **X** | | | |
| **Y** | | | |
| **Z** | | | |