

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*            *716/843-5700*
*138 Delaware Avenue*            *fax 716/551-3052*
*Buffalo, New York  14202*    *Writer's Telephone:  716/843-5888*
           *MaryEllen.Kresse@usdoj.gov*

March 20, 2018

Honorable Richard J. Arcara
United States District Court Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

    Re:    <u>**United States v. Charles Weber**</u>
            15-CR-10-A

Dear Judge Arcara:

    The government's post-hearing submissions are due on March 23, 2018.   Local Rule of Criminal Procedure 12(c) provides that memoranda in support of or in opposition to any motion shall not exceed twenty-five (25) pages in length.   The government hereby seeks the Court's permission to file a submission that exceeds twenty-five (25) pages in length.

                        Respectfully,

                        JAMES P. KENNEDY, JR
                        United States Attorney

            BY:    s/ ***MARYELLEN KRESSE***
                        Assistant United States Attorney

cc: Brian P. Comerford, Esq.