

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*                      *716/843-5700*
*138 Delaware Avenue*            *fax 716/551-3052*
*Buffalo, New York  14202*    *Writer's Telephone:  716/843-5888*
                                               *MaryEllen.Kresse@usdoj.gov*

March 22, 2018

Honorable Richard J. Arcara
United States District Court Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

       Re:     <u>United States v. Charles Weber</u>
                15-CR-10-A

Dear Judge Arcara:

      The government's post-hearing submissions are due on March 23, 2018.  Local Rule of Criminal Procedure 12(c) provides that memoranda in support of or in opposition to any motion shall not exceed twenty-five (25) pages in length.  Due to the length of the testimony presented during the competency hearing, the government hereby seeks the Court's permission to file a submission of forty (40) pages in length.  The government agrees that defense counsel's page limit should be similarly extended.

                                          Respectfully,

                                          JAMES P. KENNEDY, JR
                                          United States Attorney

                      BY:     s/ ***MARYELLEN KRESSE***
                                          Assistant United States Attorney

cc: Brian P. Comerford, Esq.