IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                        15-CR-10-A

CHARLES WEBER,

                    Defendant.

_____

## GOVERNMENT'S 3500 EXHIBIT LIST

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and the undersigned, of counsel, hereby submits the attached Government's 3500 Exhibit List in the above-entitled case.

DATED:      Buffalo, New York, July 30, 2018.

                                      JAMES P. KENNEDY, JR.
                                      United States Attorney

            BY:         /s/  MARYELLEN KRESSE
                      Assistant United States Attorney
                      United States Attorney's Office
                      Western District of New York
                      138 Delaware Avenue
                      Buffalo, New York 14202
                      (716) 843-5888
                      maryellen.kresse@usdoj.gov

                      /s/  STEPHANIE LAMARQUE
                      Assistant United States Attorney
                      United States Attorney's Office
                      Western District of New York
                      138 Delaware Avenue
                      Buffalo, New York 14202
                      (716) 843-5894
                      stephanie.lamarque@usdoj.gov

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>**3500 EXHIBIT LIST** | | |
|---|---|---|---|
| | **U.S. v. Charles Weber** | | |
| Case No.    15-CR-10-A<br>Date:         08/14/2018 | | __X__ Government<br>_____ Defendant | |
| **Exhibit Number** | **Description** | **Date Marked for Identification** | **Date Marked in Evidence** |
| | **Aldrich, Mark**<br>**3501** | | |
| 3501A | Grand Jury Transcript<br>Mark Aldrich<br>06/24/2014 | | |
| 3501B | Internal Revenue Service<br>Memorandum of Interview<br>Mark Aldrich<br>10/01/2010 | | |
| | **Turri, David**<br>**3502** | | |
| 3502A | SA David Turri Handwritten Notes<br>Interview of Charles Weber<br>02/03/2010 | | |
| 3502B | SA David Turri Handwritten Notes<br>Interview of Diane Rogers<br>10/01/2010 | | |
| 3502C | SA David Turri Handwritten Notes<br>Interview of Mark Aldrich<br>10/01/2010 | | |
| | **Rogers, Diane**<br>**3503** | | |
| 3503A | Internal Revenue Service<br>Memorandum of Interview<br>Diane Rogers<br>10/01/2010 | | |

| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>**3500 EXHIBIT LIST** | | | |
|---|---|---|---|
| **U.S. v. Charles Weber** | | | |
| Case No.    15-CR-10-A<br>Date:         08/14/2018 | | __X__ Government<br>_____ Defendant | |
| **Exhibit Number** | **Description** | **Date Marked for Identification** | **Date Marked in Evidence** |
| 3503B | Internal Revenue Service<br>Memorandum of Interview<br>Diane Rogers<br>04/16/2011 | | |
| 3503C | Documents & Notes<br>Diane Rogers | | |
| 3503D | Internal Revenue Service<br>Form 211<br>Diane Rogers | | |
| **Krysztof, David**<br>**3504** | | | |
| 3504A | Handwritten Notes<br>RA David Krysztof<br>Internal Revenue Service | | |
| 3504B | Curriculum Vitae<br>David Krysztof<br>Internal Revenue Service | | |
| **Wright, Andrew**<br>**3505** | | | |
| 3505A | IMS Report of Investigation<br>SA Andrew Wright<br>Department of State | | |

| | **Shanley, Christine**<br>**3506** | | |
|---|---|---|---|
| 3506A | Internal Revenue Service<br>Memorandum of Activity<br>Christine Shanley<br>06/08/2015 | | |
| | **Reyes, Gilbert**<br>**3507** | | |
| 3507A | Internal Revenue Service<br>Memorandum of Interview<br>Gilbert Reyes<br>10/29/2009 | | |
| 3507B | Internal Revenue Service<br>Memorandum of Interview<br>Gilbert Reyes<br>01/14/2010 | | |
| 3507C | Internal Revenue Service<br>Fraud Development, Form 11661-A<br>Gilbert Reyes<br>08/07/2009 | | |
| 3507D | Internal Revenue Service<br>Referral Report, Form 2797<br>Gilbert Reyes<br>10/06/2009 | | |