UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHARLES WEBER,

               Defendant.

**JURY VERDICT**
15-CR-10-A

*FILED AUG 21 2018 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## VERDICT OF THE JURY

Having been instructed on the law applicable to this case, you are now required to make a unanimous finding of guilty or not guilty for each count charged in the Indictment. Your answer to the questions on this form must be unanimous. The Government, to prevail, must prove the essential elements of each offense beyond a reasonable doubt. If the Government does so, your verdict should be guilty; if it fails, your verdict should be not guilty. A copy of the Indictment has been provided to you and marked as Court Exhibit No. 3.

## COUNT 1

### (Making and Subscribing a False Return)

How do you find as to the defendant, Charles Weber, on Count 1 of the Indictment?

Guilty __X__   Not Guilty _____

## COUNT 2

### (Making and Subscribing a False Return)

How do you find as to the defendant, Charles Weber, on Count 2 of the Indictment?

Guilty __X__   Not Guilty _____

*Proceed to the next page.*

After you have answered the above questions, have the jury foreperson sign and date the form below. Then proceed to the final instructions.

**I certify this verdict to be true and accurate.**

Dated: 08/21/2018             **REDACTED**

### FINAL INSTRUCTIONS

Now that you have completed the verdict sheet, place it in the envelope provided and seal the envelope. Inform the Court by separate written note that you have reached a verdict. Do not disclose the verdict to the Court or anyone else until you are asked to do so by the Judge in open Court.