UNITED STATES DISTRICT COURT

WESTERN NEW YORK, BUFFALO

United States of America

v

Charles Weber                                                   15 cr 00010



NOTICE OF INVALID ORDER

The MOTION for a Judgment of Acquittal of September 4, 2018 (Docket No. 158) was in response to the indictment of January 13, 2015.  The indictment charged an offense of making false statements, 26 USC 7206(1), two counts for 2006 and 2007.

The DECISION AND ORDER of December 12, 2018 states the violation of 28 USC 7206(1).

28 USC 7206 (1) does not exist.  Title 28 code ends at Chapter 190 Section 5001, Miscellaneous.  As it stands the DECISION AND ORDER 15 CR 10 A is invalid until corrected.  There is a question of whether or this constitutes harmless error or if the government wants another volunteer.

Based on this information, there remains a question of whether the 30 month incarceration sentence starting this Wednesday March 27, 2019 is valid and if the voluntary surrender date is binding.  Further directions to proceed are awaited from this court, volunteering will not take place.

_____                                    March 22, 2019

Charles Weber
25 Greenbrier Road
Snyder, New York 14226        716-839-9678