1

2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

3

4    UNITED STATES OF AMERICA,          )
                                        ) Case No. 1:15-CR-00010
5                                       )          (RJA)(HBS)
                      Plaintiff,        )
6                                       )
     vs.                                ) February 7th, 2019
7                                       )
     CHARLES WEBER,                     )
8                                       )
                      Defendant.        )
9

10

**TRANSCRIPT OF SENTENCING**
11        **BEFORE THE HONORABLE RICHARD J. ARCARA**
            **SENIOR UNITED STATES DISTRICT JUDGE**
12

13
     <u>APPEARANCES</u>:
14
     For the Plaintiff:    JAMES P. KENNEDY, JR.
15                         ACTING UNITED STATES ATTORNEY
                           BY:  STEPHANIE LAMARQUE, ESQ.
16                         ASSISTANT UNITED STATES ATTORNEY
                           138 Delaware Avenue
17                         Buffalo, NY 14202

18   For the Defendant     CHARLES WEBER
     Pro Se:               282 Ridgewood Drive
19                         Snyder, NY 14226

20   For the Defendant     FEDERAL PUBLIC DEFENDER'S OFFICE
     Standby Counsel:      BY:  BRIAN COMERFORD, ESQ.
21                         300 Pearl Street, Suite 200
                           Buffalo, NY 14202
22
     Court Reporter:       MEGAN E. PELKA, RPR
23                         Robert H. Jackson Courthouse
                           2 Niagara Square
24                         Buffalo, NY 14202

25

| | | |
|---|---|---|
| 12:32PM | 1 | THE CLERK:  Criminal action 2015-10A.  United States |
| 12:41PM | 2 | v. Charles Weber.  Sentencing.  Counsel and parties, please |
| 12:41PM | 3 | state your name for the record. |
| 12:41PM | 4 | MS. LAMARQUE:  Stephanie Lamarque for the government. |
| 12:42PM | 5 | MR. WEBER:  Charles Weber, attorney in fact for the |
| 12:42PM | 6 | principal. |
| 12:42PM | 7 | MR. COMERFORD:  Brian Comerford, standby counsel. |
| 12:42PM | 8 | THE COURT:  We're ready to proceed.  The defendant is |
| 12:42PM | 9 | before the Court for sentencing on his conviction following a |
| 12:42PM | 10 | jury trial of two counts of making and subscribing a false |
| 12:42PM | 11 | return, in violation of Title 26, United States Code, |
| 12:42PM | 12 | Section 7206(1). |
| 12:42PM | 13 | I know that the report was available to Mr. Weber.  I |
| 12:42PM | 14 | assume he read it.  Mr. -- I know you don't have to review the |
| 12:42PM | 15 | report with him, Mr. Comerford, but are you aware whether he |
| 12:42PM | 16 | reviewed it or not? |
| 12:42PM | 17 | MR. COMERFORD:  Yes. |
| 12:42PM | 18 | THE COURT:  I will place the report in the record |
| 12:42PM | 19 | under seal.  If an appeal is filed, counsel will be permitted |
| 12:42PM | 20 | access to the sealed report, except that counsel on appeal |
| 12:43PM | 21 | will not be permitted access to the recommendation section. |
| 12:43PM | 22 | The parties have filed the statement of parties with respect |
| 12:43PM | 23 | to sentencing factors. |
| 12:43PM | 24 | The defendant has filed objections to the presentence |
| 12:43PM | 25 | report.  The Court has carefully reviewed the objections and |

12:43PM   1   the United States' response and finds that none of the

12:43PM   2   objections have merit.  The Court adopts the U.S. Probation

12:43PM   3   Office's February 5th, 2019 addendum to the presentence report

12:43PM   4   as its findings with respect to the defendant's objection.

12:43PM   5   The Court adopts the facts in the offense conduct section of

12:43PM   6   the presentence report as its findings of fact and hereby

12:43PM   7   incorporates them in the record.

12:43PM   8        Pursuant to Guideline Section 3D1.1(d), Counts 1

12:43PM   9   and Count 2 of the indictment have been grouped together for

12:43PM  10   sentencing purposes.  Count Group 1, Counts 1 and 2, making

12:43PM  11   and subscribing a false return.  The report recommends that

12:43PM  12   the defendant's base offense level, under Guideline

12:44PM  13   Section 2T1.1(a)(1) and 2T4.1(f) is 16, as the tax loss is

12:44PM  14   $190,547.50, which is more than $100,000, but less than

12:44PM  15   $250,000.

12:44PM  16        The report also recommends a two-level upward

12:44PM  17   adjustment, pursuant to Section 3C1.1, as the defendant

12:44PM  18   willfully obstructed or attempted to obstruct the

12:44PM  19   administration of justice.  The Court specifically finds the

12:44PM  20   defendant obstructed justice during this trial by falsely

12:44PM  21   testifying that he believed that he was a non-resident alien,

12:44PM  22   who had no income during the year 2006 and 2007 tax years,

12:45PM  23   when he filed those two tax returns.

12:45PM  24        The defendant has adopted an idiosyncratic view of

12:45PM  25   the consequences of his heritage to place him above the

12:45PM   1   obligations to pay income taxes, but the Court concludes the

12:45PM   2   defendant knew that at the time of his 2006, 2007 tax returns

12:45PM   3   were filed and that he knows now that these views are false.

12:45PM   4       The Court specifically finds the defendant

12:45PM   5   intentionally testified falsely that he believed the

12:45PM   6   statements in the 2006, 2007 tax returns were correct.  He

12:45PM   7   intended to convince the jury that he had a good faith belief

12:45PM   8   that those returns were accurate as to his resident

12:45PM   9   citizenship and lack of income when he filed the returns in

12:45PM  10   order to avoid convictions of two criminal charges he faced

12:45PM  11   and not because he actually had a good faith belief that the

12:46PM  12   statements on the return were accurate.

12:46PM  13       I observed the evidence during the trial, including

12:46PM  14   the defendant's testimony, and concluded the defendant knew

12:46PM  15   full well that those statements were false when he made them

12:46PM  16   and they lacked the good faith belief that they were true.

12:46PM  17   These circumstances support a two-level upward adjustment,

12:46PM  18   pursuant to Guideline Section 3C1.1, with the defendant having

12:46PM  19   attempted to obstruct the administration of justice.

12:46PM  20       Accordingly, the offense level should be properly

12:46PM  21   calculated at level 18.  The criminal history category is

12:46PM  22   properly calculated as category I.  Under this calculation,

12:46PM  23   the advisory range for imprisonment is 27 to 33 months.  The

12:46PM  24   statutory maximum term of imprisonment is three years.  The

12:46PM  25   advisory guideline range for supervised release is one year on

12:46PM 1 each count, to be served concurrently.  Advisory range for a

12:46PM 2 fine is 6,000 to $60,000, plus the cost of imprisonment and

12:46PM 3 supervised release.  The Court may order restitution as a

12:47PM 4 special condition of supervised release in the amount of

12:47PM 5 $190,547.50, payable to the Internal Revenue Service.

12:47PM 6        In accordance with the Supreme Court decision, *U.S.*

12:47PM 7 *v. Booker* and the Second Circuit decision, *U.S. v. Crosby*,

12:47PM 8 this Court must consider the guidelines, is not bound by them.

12:47PM 9 The Court must also consider the factors in 18 U.S.C. 3553(a).

12:47PM 10 I'm in receipt of the defendant's sentencing filing, which I

12:47PM 11 have reviewed and considered.  I have also considered all the

12:47PM 12 filings made by the parties related to the sentencing.

12:47PM 13        Mr. Comerford, do you have any -- I know you're

12:47PM 14 standby counsel.  I assume you've had some discussion with

12:47PM 15 Mr. Weber.  Do you have any concerns about his mental health,

12:47PM 16 as far as deteriorating since the Court found him mentally

12:48PM 17 competent?

12:48PM 18        MR. COMERFORD:  Judge, I have not observed any

12:48PM 19 changes since then.

12:48PM 20        THE COURT:  All right.  Mr. Weber, this is your

12:48PM 21 opportunity to say anything you'd like to say, sir.

12:48PM 22        MR. WEBER:  First question is, did you receive the

12:48PM 23 motion for relief and inclusive of deputy jurisdiction

12:48PM 24 yesterday?

12:48PM 25        THE COURT:  Yes, I did.

12:48PM   1          MR. WEBER:  Did you read it?

12:48PM   2          THE COURT:  I read it.

12:48PM   3          MR. WEBER:  Did you have any questions?

12:48PM   4          THE COURT:  No.  I have no questions.  I find it

12:48PM   5   without merit.  Go ahead.

12:48PM   6          MR. WEBER:  Well, did you receive the judicially-

12:48PM   7   noticed documents?  Did you have any questions on those?

12:48PM   8          THE COURT:  No, I have no questions.

12:48PM   9          MR. WEBER:  All right.  And did you have any

12:48PM  10   questions about the Fourth Amendment right to private

12:48PM  11   property?

12:48PM  12          THE COURT:  Please, I'm about to sentence you, sir.

12:48PM  13   This is your opportunity to say anything you wish to say in

12:48PM  14   mitigation of the sentence.

12:48PM  15          MR. WEBER:  Well, that's why I'm leading up to this.

12:48PM  16          THE COURT:  I'm not going to sit here and answer

12:48PM  17   questions for you, okay?  I looked at every paper you filed.

12:48PM  18          MR. WEBER:  Well, my question -- my statements are

12:48PM  19   that when I went through this process, the term U.S. means, to

12:49PM  20   me, United States of America.  When you sign those forms

12:49PM  21   stating you are a U.S. person, there is -- there's no full

12:49PM  22   disclosure on what that term means.  And the Supreme Court had

12:49PM  23   even stated, in *Cunard v. Mellon*, that the term United States

12:49PM  24   is a metaphor.  It can be different things in different

12:49PM  25   situations.  And in *Allison v. Evatt*, the Supreme Court ruled

12:49PM  1  that one of the meanings of the term U.S. or United States

12:49PM  2  meant the United States of America.  And that's the term that

12:49PM  3  I meant it to be.

12:49PM  4      In no way would I ever claim to be a 14th Amendment

12:50PM  5  citizen or operate under the federal government when I could

12:50PM  6  be free.  That does not make any sense.  That was never my

12:50PM  7  intent, ever.  So, for the U.S. Attorney to come in and state

12:50PM  8  because I claimed I was a U.S. citizen, so I must be one, that

12:50PM  9  also flies in the face of the Supreme Court holdings.  I would

12:50PM  10  have to go through a Court of Record and that is not here.

12:50PM  11      That's the case -- that's the holding in *John Elk v.*

12:50PM  12  *Wilkins*, where John Elk came from a sovereign nation and he

12:50PM  13  wanted to become a U.S. citizen, declared himself to be a U.S.

12:50PM  14  citizen, so he could vote under the 15th Amendment.  And the

12:50PM  15  Supreme Court rejected his claim because he did not go from

12:50PM  16  one sovereign nation to another without applying to a Court of

12:50PM  17  Record.  And that still holds today, other than the fact that

12:51PM  18  now the Indian nations have been included, I think since

12:51PM  19  1920s, as some kind of a partnership with the United States

12:51PM  20  government.

12:51PM  21      So, when I tried to correct the record, it seems to

12:51PM  22  be rebuffed by the U.S. Attorney.  I have a right to correct

12:51PM  23  the record.  And as I understand those -- the trade name,

12:51PM  24  which is the all-capitalized name, that is not the name I have

12:51PM  25  my rights under correctly.  That name is associated with --

12:51PM  1  apparently associated with the federal government.  So, what I

12:51PM  2  did was I transferred that sovereignty back to the states on

12:51PM  3  the land, so that I'm under common law.

12:51PM  4        Now, when I went into the Erie County Clerk's Office

12:51PM  5  to record this last week, they didn't let me record it right

12:51PM  6  off the bat.  I had to go see the county attorney.  And I

12:52PM  7  handed him the papers.  Then he asked me a few questions, then

12:52PM  8  he went to his superior.  And he came back after about

12:52PM  9  15 minutes and he said, okay.  I get it.  You want to get off

12:52PM  10  the grid.  I said, yes.  I want to return to where I'm

12:52PM  11  properly -- where I properly belong and that is under

12:52PM  12  Article 4, Section 2.

12:52PM  13        To be under the 14th Amendment, I don't have the

12:52PM  14  physical characteristics, number 1 and I have never gone

12:52PM  15  through a Court of Record and there has been no evidence in

12:52PM  16  that court case that I have done so.  And that is my

12:52PM  17  understanding.  There is no evidence that a law allows me to

12:52PM  18  just declare myself a U.S. person because everything points --

12:52PM  19  all the evidence points to the fact that I'm a state citizen

12:52PM  20  under Article 4.  And to this day, I still don't know what

12:53PM  21  evidence they have presented in this court that proves I'm a

12:53PM  22  U.S. person.

12:53PM  23        Just because I said so doesn't -- there's no

12:53PM  24  authority behind it.  No Supreme Court authority was quoted

12:53PM  25  and no statutory or Constitutional authority.  The Supreme

12:53PM  1    Court is actually against that.

12:53PM  2         You know, I make -- I gave the example of Arnold

12:53PM  3    Schwarzenegger coming in from a foreign sovereignty.  He had

12:53PM  4    to apply for -- to be a U.S. person.  He can't be a president

12:53PM  5    because he's not natural born.  I can be.  Natural born, under

12:53PM  6    Article 2, Section 1, Clause 5 is today's qualification to be

12:53PM  7    president.  You have to be a citizen of the several states.

12:53PM  8    That qualification has never changed.  Article 4, Section 2,

12:54PM  9    Clause 1 has never changed.  It's not been repealed by the

12:54PM  10   14th Amendment.

12:54PM  11        So, to this day, I still don't know how the U.S.

12:54PM  12   Attorney or how this Court views me as a 14th Amendment

12:54PM  13   citizen, when there's been no evidence placed in court.  I'm

12:54PM  14   still waiting for that.

12:54PM  15        So, Is the U.S. Attorney or the Court stating that I

12:54PM  16   cannot correct a mistake?  Is that what's being said here?  I

12:54PM  17   don't understand the position of the Court and I don't

12:54PM  18   understand the position of the U.S. Attorney, because I claim

12:54PM  19   to be one, I mean, what they're trying to state is my state of

12:54PM  20   mind.

12:55PM  21        My intent was to be a citizen of one of the several

12:55PM  22   states of the United States of America.  That is the original

12:55PM  23   jurisdiction of this country.  I never intended, ever, to

12:55PM  24   diminish my rights to the 14th Amendment citizen.  There is

12:55PM  25   numerous cases.  The latest one being in the Fifth District,

12:55PM  1  *Temmer v. Jones*.  A U.S. person -- a U.S. citizen does not

12:55PM  2  have full access to the Bill of Rights and only through 1

12:55PM  3  through 8, has no access to 9 and 10, whatsoever.  That's the

12:55PM  4  latest one.

12:55PM  5          You had *Maxwell v. Dow*, *Tashiro v. Jordan*, *United*

12:55PM  6  *States v. Cruikshank, Walker v. Sauvinet*.  They all state the

12:56PM  7  same thing.  A citizen of the United States does not have the

12:56PM  8  same rights as a citizen of the several states.  To this day,

12:56PM  9  I repeat -- it bears repeating -- I do not know how, with any

12:56PM 10  authoritative citation present, that I was determined by this

12:56PM 11  Court to be a U.S. person under my baptismal name.

12:56PM 12          And I don't know what else to ask of this Court,

12:56PM 13  other than leniency, because of the inability, number 1, of

12:56PM 14  the government to prove that I was one or because of the fact

12:56PM 15  that the forms that you filled out do not disclose what that

12:57PM 16  term United States means.  How many people in this country

12:57PM 17  fall under the same category?  I don't know the answer to

12:57PM 18  that.

12:57PM 19          Because of the lack of evidence, move the Court to

12:57PM 20  dismiss all charges.  That's the end of my comments.

12:57PM 21          THE COURT:  All right.  Ms. Lamarque?

12:57PM 22          MR. WEBER:  Brian wants to say something.

12:57PM 23          MR. COMERFORD:  Judge, can I just comment very

12:57PM 24  briefly?

12:57PM 25          THE COURT:  Yes.

12:57PM    1          MR. COMERFORD:  And I can't and wouldn't comment on

12:57PM    2    any of Mr. Weber's legal positions.  I just wanted to point

12:57PM    3    out a couple things that I thought might be relevant to the

12:58PM    4    Court at sentencing to consider.

12:58PM    5          While -- during the time period in the indictment, I

12:58PM    6    think that there was no evidence that Dr. Weber was living any

12:58PM    7    sort of lavish life.  He lived in a pretty modest home, had a

12:58PM    8    successful dental practice at the time but wasn't living

12:58PM    9    outside his means, wasn't taking extravagant vacations,

12:58PM   10    driving fancy cars.  I think that he drives -- the pictures of

12:58PM   11    his house shows a modest house, he's driving a used Toyota

12:58PM   12    Camry.

12:58PM   13          And I personally have talked to some people in the

12:58PM   14    dental community in New York who know Dr. Weber and told me

12:58PM   15    that he was known as a very good and respected dentist who

12:58PM   16    they would, at times, send people to who needed certain things

12:58PM   17    done.  So, notwithstanding anything else, he was doing good

12:58PM   18    work.  He was respected.  He did a lot of work with U.B.

12:58PM   19    Dental School, teaching up there.

12:59PM   20          And as a result of everything that's gone on here,

12:59PM   21    Judge, he's lost his business.  He's no longer married.  He

12:59PM   22    lost his license to practice dentistry.  I think it's kind of

12:59PM   23    a sad story.  And now he's, I think, he's living with his mom.

12:59PM   24    I think she's 89 years old.  He stays with her.  Just a few

12:59PM   25    things I thought the Court should consider.  Thank you, Judge.

12:59PM      1                THE COURT:  Thank you, Mr. Comerford.

12:59PM      2                MS. LAMARQUE:  Obviously, most people in this country

12:59PM      3     don't enjoy paying their income taxes, but the country just

12:59PM      4     wouldn't work if everyone decided they didn't need to pay

12:59PM      5     their fair share.  As the agents testified at trial, the IRS

12:59PM      6     does rely on the honesty of the taxpayer.  And unfortunately,

12:59PM      7     in this case, the defendant took advantage of that.  He was

12:59PM      8     opting into the benefits of citizenship and he was opting out

12:59PM      9     of the things that he didn't like; paying money.

12:59PM     10                He told others not to pay taxes.  And even worse,

01:00PM     11     when he was visited by a revenue officer, he deliberately did

01:00PM     12     not follow that officer's instructions.  He asked for a

01:00PM     13     $15,000 refund he was not entitled to.  He claimed he didn't

01:00PM     14     make income anywhere in the world.  And he did this all under

01:00PM     15     penalties of perjury.

01:00PM     16                He goes on to make these preposterous claims, which

01:00PM     17     are in bad faith.  He's part of a select group of people who's

01:00PM     18     descended from the founding fathers, so he's exempt from the

01:00PM     19     responsibilities of citizenship.  And even though he wouldn't

01:00PM     20     concede it on cross-examination, it's apparent, from all of

01:00PM     21     the filings in this case, that he believes that only

01:00PM     22     decendents of slaves, basically any African American or any

01:00PM     23     immigrant who isn't linked to the founding fathers, has to pay

01:00PM     24     taxes.  Those are the only people.

01:00PM     25                He boasts his claims of birthright to support his

01:00PM    1   ridiculous argument that he and anyone who can trace their DNA

01:00PM    2   to a founding father doesn't have to pay taxes.  And he enjoys

01:01PM    3   all of the Amendments to the Bill of Rights.  Not everyone

01:01PM    4   does, apparently.  It's everything that this country and all

01:01PM    5   Americans should stand against.

01:01PM    6        He didn't consult with an expert.  Instead, he did

01:01PM    7   his own research.  He cherry-picked, he twisted antiquated

01:01PM    8   court cases.  All of them have all been overruled.  They've

01:01PM    9   all been superseded.  He did this to try to support his

01:01PM   10   position and to mislead the jury.

01:01PM   11        It's clear, from his testimony and statements at

01:01PM   12   trial, that he just didn't like paying taxes.  He talked a lot

01:01PM   13   about the Grace Commission.  He tried to tell the jury that

01:01PM   14   their tax money wasn't going to what they thought it would.

01:01PM   15   And they wouldn't be happy if they really knew what was really

01:01PM   16   going on behind the scenes.

01:01PM   17        But you know what he did enjoy?  He enjoyed the

01:01PM   18   defense of a military, the peace of mind and the safety that

01:01PM   19   comes along with that.  He enjoyed using his Social Security

01:01PM   20   Number to register for his profession and get paid for the

01:01PM   21   services.  He enjoyed traveling the world on an American

01:01PM   22   passport, traveling on interstate highways, voting in

01:02PM   23   presidential elections.

01:02PM   24        And his dishonest actions and those belated attempts

01:02PM   25   to cover his tracks and try to explain what he was doing,

01:02PM  1   they're just really an affront to all of the hard-working

01:02PM  2   people who, even though they may disagree with paying taxes,

01:02PM  3   they are good citizens, they follow the laws.  They fulfill

01:02PM  4   their obligations of citizenship.  Essentially, in light of

01:02PM  5   the fact that he was making a good income, it is offensive to

01:02PM  6   the people who are working hard and paying into the system.

01:02PM  7          Unfortunately, maybe he finds it to be a sad story,

01:02PM  8   but his actions do have consequences.  He's shown no remorse,

01:02PM  9   no contrition, he's accepted no responsibility.  He

01:02PM  10  continues -- and as recently as yesterday -- to file frivolous

01:02PM  11  motions with the Court.

01:02PM  12         So, the government asks that any sentence imposed

01:02PM  13  reflect just how serious his actions are, as well as serve as

01:02PM  14  a deterrent to others who would contemplate taking the same

01:03PM  15  action as the defendant.  The government does believe that a

01:03PM  16  guideline sentence at the high end would serve the purposes of

01:03PM  17  3535(a) and the government also does ask the Court to impose

01:03PM  18  restitution to the IRS in the amount of $190,547.50.

01:03PM  19         THE COURT:  Well, I'm obviously very familiar with

01:03PM  20  this case.  It's been going on for quite some time.  There's a

01:03PM  21  lot of issues that have been raised prior to trial, during

01:03PM  22  trial and after trial.

01:03PM  23         And I have heard from Mr. Weber.  I have heard from

01:03PM  24  the government.  And now, I have heard Mr. Comerford.  Even

01:03PM  25  though he's standby counsel, I still felt that it was

01:03PM  1   important for him to say anything he felt was appropriate.

01:03PM  2          Pursuant to the Sentencing Reform Act of 1984, it's

01:03PM  3   the judgement of the Court that the defendant, Charles Weber,

01:03PM  4   is hereby committed to the custody of the Bureau of Prisons to

01:04PM  5   be imprisoned for a period of 30 months on Counts 1 and Counts

01:04PM  6   2.  The time will be served concurrently.  Cost of

01:04PM  7   incarceration fee is waived.  Upon release, he shall be placed

01:04PM  8   on supervised release for a period of one year on each count.

01:04PM  9   And these are to run -- so, Counts 1 and Counts 2, and they

01:04PM  10  will run concurrently.

01:04PM  11         After a period of incarceration, he shall report in

01:04PM  12  person to the probation office in the district in which he is

01:04PM  13  released within 72 hours.  He shall comply with the standard

01:04PM  14  conditions as adopted by the Court.  He shall not commit

01:04PM  15  another federal, state or local crime.  He shall be prohibited

01:04PM  16  from possessing a firearm or other dangerous device and shall

01:04PM  17  not possess a controlled substance.

01:04PM  18         He shall cooperate in the collection of a DNA sample,

01:04PM  19  as required by the Justice For All Act of 2004.  Since the

01:04PM  20  instant offense occurred after September 13th, 1994, however,

01:05PM  21  and is not related to illegal substances and he has no history

01:05PM  22  of substance abuse problems, the mandatory requirements for

01:05PM  23  drug testing is waived.

01:05PM  24         He shall participate in a mental health treatment

01:05PM  25  program, including mental health evaluation and any treatment

01:05PM 1   recommended.  The probation officer will supervise the details

01:05PM 2   of any testing and treatment, including the selection and the

01:05PM 3   scheduling.  If inpatient treatment is recommended, however,

01:05PM 4   it must be approved by the Court, unless the defendant

01:05PM 5   consents.  The defendant is not to leave such treatment until

01:05PM 6   completion or is ordered by the Court.  While in treatment or

01:05PM 7   taking any psychotropic medication, he shall abstain from the

01:05PM 8   use of alcohol, be required to contribute to the costs of

01:05PM 9   services rendered.

01:05PM 10          He shall submit to a search of his person, property,

01:05PM 11  vehicle, place of residence or any other property under his

01:05PM 12  control, based upon reasonable suspicion, and permit the

01:05PM 13  confiscation of any evidence or contraband discovered.

01:05PM 14          After considering the factors set forth in

01:06PM 15  18 U.S.C. 3583(d), 18 U.S.C. 3664(a) and (f)(2), it's ordered

01:06PM 16  that he make restitution to the Internal Revenue Service in

01:06PM 17  the amount of $190,547.50.  Interest on the restitution is

01:06PM 18  waived.  While on supervised release, he shall make monthly

01:06PM 19  payments at the rate of 10 percent of his monthly gross

01:06PM 20  income.

01:06PM 21          As long as the defendant remains obligated to provide

01:06PM 22  restitution, if he receives resources from any source,

01:06PM 23  including inheritance, settlement, insurance, lawsuits or

01:06PM 24  other judgment during the period of incarceration or

01:06PM 25  supervision, he shall be required to apply the value of such

01:06PM  1  resources to any outstanding restitution.

01:06PM  2          He shall cooperate with the Internal Revenue Service

01:06PM  3  as to payment of any taxes, interest and penalties owed.  He

01:06PM  4  shall provide the U.S. Probation Office with access to any

01:06PM  5  requested personal and/or business financial information.  The

01:07PM  6  U.S. Probation Office is authorized to release financial

01:07PM  7  information submitted by the defendant to the U.S. Attorney's

01:07PM  8  Office for the use in the collection of any unpaid fines or

01:07PM  9  restitution.

01:07PM  10         If restitution is owed, he shall notify the U.S.

01:07PM  11  Probation Office of any assets received and shall not disburse

01:07PM  12  his interests in assets, including but not limited to income

01:07PM  13  tax refunds, inheritance, insurance, lawsuits, settlements or

01:07PM  14  gambling winnings without the approval of the U.S. Probation

01:07PM  15  Office.

01:07PM  16         He shall not incur any form of debt, including but

01:07PM  17  not limited to the use of existing credit cards, new credit

01:07PM  18  cards, lines of credit, mortgages or private loans without the

01:07PM  19  approval of the U.S. Probation Office.

01:07PM  20         Under these circumstances, and looking at the

01:07PM  21  defendant's financial situation, the Court finds he does not

01:07PM  22  have the ability to pay a fine.  However, I will order the

01:07PM  23  mandatory special assessment of $100 on each count, for a

01:07PM  24  total of $200, which is due immediately.  Payment shall begin

01:08PM  25  under the Bureau of Prisons Inmate Financial Responsibility

01:08PM   1    Program.

01:08PM   2         In determining the sentence, the Court has considered

01:08PM   3    the advisory range and points raised by the defendant and

01:08PM   4    Mr. Comerford as well as the government.  In addition, I have

01:08PM   5    carefully considered the factors in 18 U.S.C. 3553(a) and

01:08PM   6    finds the sentence imposed is sufficient but not greater than

01:08PM   7    necessary to comply with the purpose of sentencing set forth

01:08PM   8    in 18 U.S.C. 3553(a).  Although I'm not bound to, I have

01:08PM   9    imposed a sentence at the mid-range of the guideline range.

01:08PM   10        It's noted that in the calendar year 2006 and '07,

01:08PM   11   defendant was a citizen of the United States who lived in

01:08PM   12   Snyder, New York and worked at his own dental practice in

01:08PM   13   Williamsville, New York.  He provided dental services to

01:08PM   14   patients and received payment for those services.  The

01:08PM   15   payments were received by him in the form of cash, personal

01:09PM   16   check and payment from insurance companies.  Payments received

01:09PM   17   by him were generally deposited into the business banking

01:09PM   18   account held in the name of Charles Weber, DDS at First

01:09PM   19   Niagara Bank, now KeyBank.

01:09PM   20        Despite these circumstances, defendant filed tax

01:09PM   21   returns for tax years 2006 and '07 on which he falsely stated

01:09PM   22   that he was a non-resident alien who had not been present in

01:09PM   23   the United States in either year and had not had any gross

01:09PM   24   receipts, sales or income from any business activity in the

01:09PM   25   year.  These materially false statements were submitted to the

01:09PM  1  Internal Revenue Service in the form of 1040-NRs for 2006,

01:09PM  2  2007, both of which were filed by the defendant in April of

01:09PM  3  2009.

01:09PM  4       The form 1040-NR is entitled U.S. Non-Resident Alien

01:10PM  5  Income Tax Return.  It is intended to be used when the filer

01:10PM  6  is an non-resident alien who derived gross income and income

01:10PM  7  from the business located in the United States.  The Court

01:10PM  8  finds the defendant knew that the approximate tax return for

01:10PM  9  him, as a U.S. citizen, was the form 1040 and the operation of

01:10PM  10  a dental practice resulted in gross receipts, sales and income

01:10PM  11  which were required to be included on such tax returns

01:10PM  12  accompanying Schedule C.

01:10PM  13       Indeed, defendant previously filed regular

01:10PM  14  Form 1040s, which were acknowledged that you were a U.S.

01:10PM  15  citizen, that you resided in the United States, that you had

01:10PM  16  gross receipts from a dental practice which was operated in

01:10PM  17  the United States, and that such gross receipts were required

01:10PM  18  to be included in the Schedule C for purposes of determining

01:10PM  19  the defendant's tax liability.

01:10PM  20       In April of 2007, when the tax returns were reviewed,

01:10PM  21  you requested an extension of time to file.  Along with the

01:11PM  22  request, you sent an IRS check for $15,000, representing what

01:11PM  23  you believed was the estimated tax payment due and owing for

01:11PM  24  the IRS for 2006.

01:11PM  25       When you ultimately filed the 2006 return in 2009,

01:11PM  1   the form 1040-NR you signed, under penalties of perjury,

01:11PM  2   falsely stated that you had, in fact, had no gross receipts,

01:11PM  3   sales or income from any dental practice and therefore you

01:11PM  4   were entitled to a refund of $15,000 that you had paid in

01:11PM  5   estimated taxes.  The 2007 form 1040-NR filed by the defendant

01:11PM  6   similarly stated that you had no gross receipts, sales or

01:11PM  7   income from the dental practice in 2007.  Both returns were

01:11PM  8   sign by the defendant under penalties of perjury.

01:11PM  9        Now, I know the defendant has tried to argue that you

01:11PM  10  were and are not a U.S. citizen and that you're only a

01:11PM  11  citizen -- you are a state citizen by virtue of your lineage

01:12PM  12  and your conduct.  You claim that you were not residing in the

01:12PM  13  United States because New York State is not part of the

01:12PM  14  United States and misinterpreted several court cases and laws.

01:12PM  15       As a result of your conduct, the loss resulting from

01:12PM  16  this conduct, including relevant conduct for the tax years

01:12PM  17  2006 through 2016 is a tax loss of $190,547.50.

01:12PM  18       The Court has imposed a sentence at the middle of the

01:12PM  19  guideline advisory range for imprisonment.  As indicated by

01:12PM  20  the government, our system of taxation depends on the

01:12PM  21  voluntary compliance.  And the sentence the Court has imposed,

01:12PM  22  I believe, is necessary to provide general deterrence to

01:12PM  23  others to do not do what has been done here.

01:13PM  24       I imposed a term of supervised release consistent

01:13PM  25  with the guidelines.  As I said, I'm not imposing a fine.  I

01:13PM 1  don't believe he has the ability to pay a fine.

01:13PM 2      Now, you have a right to appeal the verdict of the

01:13PM 3  jury after the jury trial.  You have a right to appeal the

01:13PM 4  sentence that the Court imposed, if you feel the Court has not

01:13PM 5  imposed a fair and just sentence consistent with the law.

01:13PM 6  Mr. Comerford, would you assist him in filing that Notice of

01:13PM 7  Appeal?

01:13PM 8      And the government, as far as a voluntary surrender,

01:13PM 9  I assume you have no problem for a voluntary surrender?

01:13PM 10     MS. LAMARQUE:  Your Honor, the government is actually

01:13PM 11 moving for remand under 18 U.S.C. 3143(b).  The defendant has

01:13PM 12 not shown that his appeal would raise a substantial question

01:13PM 13 of law or facts likely to result in a reversal.

01:13PM 14     THE COURT:  Well, he's been compliant with all of the

01:13PM 15 court orders.  He's been here every time he's been requested

01:13PM 16 to be here.  He's been very compliant with all the

01:14PM 17 requirements of his bail and I feel that a voluntary surrender

01:14PM 18 is appropriate in this case.  You will file the Notice of

01:14PM 19 Appeal?

01:14PM 20     MR. COMERFORD:  We will file the Notice of Appeal,

01:14PM 21 Judge.  And could the Court also recommend a facility as close

01:14PM 22 to Buffalo as possible?

01:14PM 23     THE COURT:  Yes.  I will make that recommendation.

01:14PM 24 Anything further?

01:14PM 25     MS. LAMARQUE:  Nothing.  Thank you.

01:14PM  1          MR. WEBER:  Thank you, Judge.

01:14PM  2          THE COURT:  Court will be in recess.

01:14PM  3          THE CLERK:  All rise.

01:14PM  4    (Proceedings ended at 1:14 p.m.)

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

```
 1                *     *     *     *     *     *     *

 2

 3              I certify that the foregoing is a

 4         correct transcription of the proceedings

 5         recorded by me in this matter.

 6

 7

 8

 9                          s/ Megan E. Pelka, RPR

10                          Court Reporter,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```